**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                                    In Bankruptcy:

JOSEPH HOLLAMON, II                                  Case No. 08-57456-SWR
NAKEESHA T HOLLAMON                                  Chapter 7
                                                     Hon. STEVEN W. RHODES

                        Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

        The attached check in the amount of $34.29 represents unclaimed dividends in this Estate
and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties
associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|----------|-----------|--------------------|
| Comcast | 3 | $34.29 |
| PO Box 8009C | | |
| Plymouth, MI 48170 | | |

                                                     **Total: $34.29**


                                                     Respectfully Submitted,


                                                     /s/ Gene R. Kohut
                                                     21 Kercheval Avenue, Suite 285
                                                     Grosse Pointe Farms, MI 48236
                                                     Phone: (313) 886-9765
                                                     E-mail: ecftrustee@gktrustee.com
Dated: 04/01/2010                                    [P47413]